UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JOHN ANDERJASKA, CHUNGYAO CHEN,
TEENA COLEBROOK, JOEL GRIFFITH, ART
HEINEMAN, CALVIN WILLIAMS, CHARLES
WITTE, on behalf of themselves and all others
similarly situated,

                      Plaintiffs,

   -vs-

BANK OF AMERICA, N.A., CAPITAL ONE,
N.A., CITIBANK, N.A., J.P. MORGAN CHASE,
N.A., WELLS FARGO BANK, N.A.,

                      Defendants.
-------------------------------------------------------------------X

Docket No. 1:19-cv-03057-LTS

**NOTICE OF MOTION**
**FOR REMAND**

      **PLEASE TAKE NOTICE** that, upon the annexed Memorandum of Law in Support of Plaintiffs' Motion for Remand, and the exhibits attached thereto, Plaintiffs, by and through their undersigned counsel, will move this Court before the Honorable Judge Laura T. Swain, United States District Court, Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, for an order pursuant to 28 U.S.C. §1447 remanding this case back to the Supreme Court, New York County, together with such other, further, and different relief as this Court deems just and proper.

      In accordance with the Court's Individual Practices, the movants have used their best efforts to resolve informally the matters raised in their submission.

Dated: Fresh Meadows, New York
       May 6, 2019

                                                       /Jonathan E. Neuman/
                                     JONATHAN E. NEUMAN, ESQ.
                                     176-25 Union Turnpike, Suite 230
                                     Fresh Meadows, NY 11366
                                     (347) 450-6710

(718) 228-3689 *facsimile*
jnesq@jenesqlaw.com

*Attorney for Plaintiffs*

To: Pamela A. Miller
Jennifer B. Sokoler
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
pmiller@omm.com

*Counsel for Defendant JPMorgan Chase Bank, N.A.*

Brian Pastuszenski
Gabrielle Gould
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 813-8800
boastuszenski@goodwinlaw.com
ggould@goodwinlaw.com

*Counsel for Bank of America, N.A.*

Jarrod D. Shaw
MCGUIREWOODS LLP
Tower Two-Sixty
260 Forbes Avenue #1800
Pittsburgh, PA 15222
Telephone: (412) 667-6000

*Counsel for Capital One, N.A.*

Jennifer M. Rosa
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 506-2374
jrosa@mayerbrown.com

*Counsel for Citibank, N.A.*

3

Amanda Lyn Genovese
TROUTMAN SANDERS LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 704-6000

*Counsel for Wells Fargo Bank, N.A.*