UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN ANDERJASKA, CHUNGYAO CHEN, TEENA COLEBROOK, JOEL GRIFFITH, ART HEINEMANN, CALVIN WILLIAMS, CHARLES WITTE, on behalf of themselves and all others similarly situated, | Docket No. 1:19-cv-03057-LTS |
| *Plaintiffs*, | (Removed from the Supreme Court of the State of New York, New York County, Index No. 151484/2019) |
| v. | |
| BANK OF AMERICA, N.A., CAPITAL ONE, N.A., CITIBANK, N.A., J.P. MORGAN CHASE, N.A., WELLS FARGO BANK, N.A., | |
| *Defendants*. | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the supporting Memorandum of Law dated May 14, 2020, and upon all prior pleadings and proceedings filed in this case, Defendant Wells Fargo Bank, N.A. ("Wells Fargo") will move this Court before the Honorable Laura Taylor Swain, 500 Pearl St., New York, NY 10007-1312, at a time to be fixed by the Court, for an order pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure dismissing the Complaint filed by Plaintiffs John Anderjaska, Chungyao Chen, Teena Colebrook, Joel Griffith, Art Heinemann, Calvin Williams, Charles Witte with prejudice and for such other and further relief as may be deemed just and proper.

PLEASE TAKE FURTHER NOTICE that oral argument is not requested, however, Wells Fargo will readily accommodate the Court's preferences in this regard.

Dated:  May 14, 2020

Respectfully submitted,

**WELLS FARGO BANK, N.A.**

By /s/ John C. Lynch
John C. Lynch (*admitted pro hac vice*)
Kathleen M. Knudsen (*admitted pro hac vice*)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2200
New York Beach, VA 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
john.lynch@troutman.com
kathleen.knudsen@troutman.com

Stephen J. Steinlight
NY Bar No. 4058335
TROUTMAN SANDERS LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 704-6008
Facsimile: (212) 704-6288
Stephen.Steinlight@troutman.com

*Counsel for Wells Fargo Bank, N.A.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 14, 2020, I electronically filed the foregoing *Notice of Motion to Dismiss* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ John C. Lynch

John C. Lynch (*admitted pro hac vice*)
Kathleen M. Knudsen (*admitted pro hac vice*)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2200
New York Beach, VA 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
john.lynch@troutman.com
kathleen.knudsen@troutman.com

Stephen J. Steinlight
NY Bar No. 4058335
TROUTMAN SANDERS LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 704-6008
Facsimile: (212) 704-6288
Stephen.Steinlight@troutman.com
*Counsel for Wells Fargo Bank, N.A.*

42240516