UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN ANDERJASKA, CHUNGYAO CHEN, TEENA COLEBROOK, JOEL GRIFFITH, ART HEINEMAN, CALVIN WILLIAMS, CHARLES WITTE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., CAPITAL ONE, N.A., CITIBANK, N.A., J.P. MORGAN CHASE, N.A., WELLS FARGO BANK, N.A.,<br><br>Defendants. | Docket No. 1:19-cv-03057-LTS<br><br>**JPMORGAN CHASE BANK, N.A.'S NOTICE OF MOTION TO COMPEL ARBITRATION AND TO STAY THE ACTION PENDING ARBITRATION** |

**PLEASE TAKE NOTICE** that, upon its Memorandum of Law in Support of Its Motion to Compel Arbitration and to Stay the Action Pending Arbitration, as well as the accompanying declarations and exhibits, Defendant JPMorgan Chase Bank, N.A. ("JPMorgan Chase"), by and through its undersigned counsel, will move this Court, before the Honorable Laura Taylor Swain, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 12D, New York, New York 10007, on a date and at a time designated by the Court, for an Order granting JPMorgan Chase's Motion to Compel Arbitration and to Stay the Action Pending Arbitration, and for such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Individual Practices of Judge Laura Taylor Swain, JPMorgan Chase hereby certifies that, by and through its undersigned counsel, it used its best efforts to resolve informally the matters raised in this motion, including by outlining its legal and factual position on these matters in a letter to Plaintiffs' counsel and discussing these matter with Plaintiffs' counsel via telephone and email.

| | |
|---|---|
| Dated: May 14, 2020<br>New York, New York | Respectfully submitted,<br><br>*/s/ Pamela A. Miller*<br><br>Pamela A. Miller<br>Brad M. Elias<br>O'MELVENY & MYERS LLP<br>Times Square Tower<br>7 Times Square<br>New York, New York 10036<br>Telephone: (212) 326-2000<br>Facsimile: (212) 326-2061<br>pmiller@omm.com<br>belias@omm.com<br><br>Elizabeth L. McKeen<br>(*pro hac vice forthcoming*)<br>O'MELVENY & MYERS LLP<br>610 Newport Center Drive, 17th Floor<br>Newport Beach, California 92660<br>Telephone: (949) 823-6900<br>Facsimile: (949) 823-6994<br>emckeen@omm.com<br><br>*Counsel for JPMorgan Chase Bank, N.A.* |