UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN ANDERJASKA, CHUNGYAO CHEN, TEENA COLEBROOK, JOEL GRIFFITH, ART HEINEMAN, CALVIN WILLIAMS, CHARLES WITTE, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., CAPITAL ONE, N.A., CITIBANK, N.A., J.P. MORGAN CHASE, N.A., WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. 1:19-cv-03057-LTS |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and, Defendant Citibank, N.A. ("Citibank") will move this Court, before the Honorable Laura Taylor Swain, at the courthouse located at 500 Pearl Street, New York, New York, for an order pursuant to Federal Rules of Civil Procedure 12(b)(1) dismissing Plaintiffs' Complaint (ECF No. 1), which was removed to this Court on April 5, 2019.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Individual Rules of Practice of Judge Laura Taylor Swain, Rule 2(b)(ii), defendant Citibank certifies that it has used its best efforts to informally resolve the matters raised in this motion.  On March 13, 2019, Citibank's Counsel and Plaintiffs' counsel (collectively "Counsel")  had a telephonic meet and confer. After that telephonic meet and confer, Counsel continued to communicate via email.  On May 12, 2020, Citibank emailed a letter to Plaintiffs' counsel outlining its bases for its motion to dismiss.  Citibank understands that Plaintiffs' counsel is currently considering amending the

Complaint as to Citibank.  Counsel will continue to meet and confer and use best efforts to attempt to resolve this matter informally.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 6.1(b) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, opposition papers shall be served on defendant Citibank by May 28, 2020.  Reply papers, if any, shall be served by June 4, 2020.

Dated: May 14, 2020
       New York, NY

                                        MAYER BROWN LLP

By:    */s/ Jennifer M. Rosa*
       Jennifer M. Rosa
       MAYER BROWN LLP
       1221 Avenue of the Americas
       New York, NY 10020
       Telephone:  (212) 506-2374
       jrosa@mayerbrown.com

       Lucia Nale (*pro hac vice*)
       Megan S. Webster (*pro hac vice*)
       MAYER BROWN LLP
       71 South Wacker Drive
       Chicago, IL 60606
       Telephone:  (312) 782-0600
       lnale@mayerbrown.com
       megan.webster@mayerbrown.com

*Counsel for Citibank, N.A.*