UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

JOHN ANDERJASKA, CHUNGYAO CHEN,
TEENA COLEBROOK, JOEL GRIFFITH,
ART HEINEMAN, CALVIN WILLIAMS,
CHARLES WITTE, on behalf of themselves
and all others similarly situated,

                Plaintiffs,

  -v-                                       No. 1:19-CV-03057-LTS

BANK OF AMERICA, N.A., CAPITAL ONE,
N.A., CITIBANK, N.A., J.P. MORGAN
CHASE, N.A., WELLS FARGO BANK, N.A.,

                Defendants.

-----------------------------------------------------------x

## ORDER

On May 14, 2020, Defendant Citibank, N.A. ("Citibank") filed a motion to dismiss the Plaintiffs' complaint on the grounds that none of the named Plaintiffs in this putative class action had Article III standing to maintain any claims against Citibank. (See docket entry nos. 60-61.) On June 8, 2020, the Court granted the Plaintiffs' request for leave to file an amended complaint to name a Citibank customer, which Plaintiffs submitted would resolve Citibank's motion to dismiss. (See docket entry no. 75.) With the Defendants' consent, Plaintiffs subsequently filed a motion to amend the complaint naming a Citibank customer, thereby resolving Citibank's motion to dismiss. (See docket entry nos. 86-87.) On January 15, 2021, Magistrate Judge Gorenstein granted Plaintiffs' motion to amend the complaint. (See docket entry nos. 88-89.)

Accordingly, Citibank's motion to dismiss is hereby denied as moot. This Order resolves docket entry no. 60.

Dated: February 10, 2021
New York, New York

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge