UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
JOHN ANDERJASKA, et al., :

        Plaintiffs,     :    ORDER

  -v.-                             :    19 Civ. 3057 (LTS) (GWG)

BANK OF AMERICA, N.A., et al., :

        Defendants. :
---------------------------------------------------------------x

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

     It has come to the Court's attention that the plaintiff never filed the amended complaint that was permitted by the Order in Docket # 88/89. Now that a number of defendants have been dismissed, the Court modifies its order in two ways: (1) any amended complaint shall omit the names of the dismissed parties (including in the caption) and shall omit any plaintiffs, claims and allegations relating to any of the dismissed parties; and (2) such amended complaint shall be filed on or before March 16, 2021. If plaintiff prefers instead not to proceed against Citibank, N.A. at this time, it should enter into an appropriate stipulation dismissing Citibank, N.A. as a defendant.

     With respect to defendant J.P. Morgan Chase, N.A., plaintiff shall file a letter on April 2, 2021, and every four months thereafter, informing the Court as to the status of the arbitration.

Dated: New York, New York
       March 9, 2021

    SO ORDERED.

                                                                              _____
                                                                          GABRIEL W. GORENSTEIN
                                                                          United States Magistrate Judge