UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHUNGYAO CHEN, CALVIN WILLIAMS, and SHAHEEN AULAKH, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>CITIBANK, N.A., J.P. MORGAN CHASE, N.A.,<br><br>      Defendants. | Case No. 1:19-cv-03057-LTS<br><br>**STIPULATION AND ORDER TO STAY ACTION PENDING ARBITRATION** |

  WHEREAS, Defendant Citibank, N.A. ("Citibank"), has demanded that Plaintiff Shaheen Aulakh ("Plaintiff") arbitrate her claims against Citibank in accordance with the operative arbitration agreement contained in Plaintiff's Citibank Cardmember Agreement;

  WHEREAS, Plaintiff has agreed to submit her claims against Citibank to arbitration;

  WHEREAS, in accordance with 9 U.S.C. § 3, the parties request a stay of all proceedings in deadlines in this action pending the conclusion of arbitration;

  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Citibank, through their respective counsel, that: (1) all of Plaintiff's claims against Citibank in this action shall be arbitrated pursuant to the written agreement to arbitrate between Plaintiff and Citibank; and (2) all proceedings in this matter, including any pending deadlines, are stayed pending completion of arbitration.

Dated: April 30, 2021
   New York, NY

         MAYER BROWN LLP

         By: _____

           Jennifer M. Rosa
           MAYER BROWN LLP
           1221 Avenue of the Americas
           New York, NY 10020
           Telephone: (212) 506-2374
           jrosa@mayerbrown.com

           Lucia Nale (*pro hac vice*)
           Megan S. Webster (*pro hac vice*)
           MAYER BROWN LLP
           71 South Wacker Drive
           Chicago, IL 60606
           Telephone: (312) 782-0600
           lnale@mayerbrown.com
           megan.webster@mayerbrown.com

           *Counsel for Citibank, N.A.*


         LAW OFFICES OF JONATHAN L. NEUMAN

         By: _____
           Jonathan E. Neuman
           176-25 Union Turnpike, Suite 230
           Fresh Meadows, NY 11366
           Telephone: (347) 450-6710
           jnesq@jenesqlaw.com

           *Counsel for Plaintiff*


**SO ORDERED:**

Dated: April 30  , 2021
   New York, New York

               _____
               HON. GABRIEL W. GORENSTEIN
               UNITED STATES MAGISTRATE JUDGE

Dated: April 30, 2021
      New York, NY

                         MAYER BROWN LLP

                        By: _____
                            Jennifer M. Rosa
                            MAYER BROWN LLP
                            1221 Avenue of the Americas
                            New York, NY 10020
                            Telephone: (212) 506-2374
                            jrosa@mayerbrown.com

                            Lucia Nale (*pro hac vice*)
                            Megan S. Webster (*pro hac vice*)
                            MAYER BROWN LLP
                            71 South Wacker Drive
                            Chicago, IL 60606
                            Telephone: (312) 782-0600
                            lnale@mayerbrown.com
                            megan.webster@mayerbrown.com

                            *Counsel for Citibank, N.A.*

                        LAW OFFICES OF JONATHAN L. NEUMAN

                        By: _____

**Additionally, the obligation of plaintiffs (set forth in Docket # 93) to file a letter every four months updating the Court as to the status of the arbitration applies to this arbitration as well. Plaintiffs should include in their next status letter and all following status letters information as to both arbitrations. The letter remains due on the same dates set forth in Docket # 93.**

                            Jonathan E. Neuman
                            176-25 Union Turnpike, Suite 230
                            Fresh Meadows, NY 11366
                            Telephone: (347) 450-6710
                            jnesq@jenesqlaw.com

                            *Counsel for Plaintiff*

**SO ORDERED:**

Dated: April 30, 2021
      New York, New York

                        _____
                        HON. GABRIEL W. GORENSTEIN
                        UNITED STATES MAGISTRATE JUDGE