THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN ANDERJASKA, CHUNGYAO CHEN, TEENA COLEBROOK, JOEL GRIFFITH, ART HEINEMAN, CALVIN WILLIAMS, CHARLES WITTE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., CAPITAL ONE, N.A., CITIBANK, N.A., J.P. MORGAN CHASE, N.A., WELLS FARGO BANK, N.A.,<br><br>Defendants. | Civil Action No. 1:19-cv-3057-LTS-GWG |

## NOTICE OF MOTION OF DEFENDANT BANK OF AMERICA, N.A. FOR ENTRY OF FINAL JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(b)

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law, dated December 10, 2021, and all prior pleadings and proceedings in this action, defendant Bank of America, N.A., by and through its undersigned counsel, will move this Court before Honorable Chief Judge Laura Taylor Swain, at the Daniel Patrick Moynihan United States Courthouse, Courtroom 17C 500 Pearl Street, New York, NY 10007, on a date and time to be determined by the Court, for an Order Entering Final Judgment Pursuant to Federal Rule of Civil Procedure 54(b).

**PLEASE TAKE FURTHER NOTICE** that pursuant to paragraph 2(b)(ii) of the Individual Practices of the Honorable Laura Taylor Swain, counsel for the parties

communicated concerning the motion and counsel for Plaintiffs consented to the relief sought by the motion by email dated December 8, 2021.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Rule 6.1, any opposing affidavits and answering memoranda shall be served within fourteen days after service of the moving papers, and any reply affidavits and memoranda of law shall be served within seven days after service of the answering papers.

Dated: New York, New York
December 13, 2021

Respectfully submitted,
/s/ *Gabrielle L. Gould*
Gabrielle L. Gould
Brian E. Pastuszenski
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10119
Tel. 212-813-8800
Fax 212-355-3333
ggould@goodwinlaw.com
bpastuszenski@goodwinlaw.com

*Counsel for Defendant
Bank of America, N.A.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Motion was filed electronically with the United States District Court for the Southern District of New York and served on counsel of record for all parties through the Court's ECF System on this date.

Dated: December 13, 2021              */s/ Gabrielle L. Gould*
                                      Gabrielle L. Gould