UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

JOHN ANDERJASKA, CHUNGYAO CHEN,
TEENA COLEBROOK, JOEL GRIFFITH,
ART HEINEMAN, CALVIN WILLIAMS,
CHARLES WITTE, on behalf of themselves
and all others similarly situated,

                Plaintiffs,

  -v-                                                   No. 1:19-CV-3057-LTS-GWG

BANK OF AMERICA, N.A., CAPITAL ONE,        ORDER
N.A., CITIBANK, N.A., J.P. MORGAN
CHASE, N.A., WELLS FARGO BANK, N.A.,

                Defendants.

-------------------------------------------------------x

        The Court has received and reviewed the motion (docket entry no. 103) filed by defendant Bank of America, N.A.—one of three defendants (together with Wells Fargo Bank, N.A., and Capital One, N.A.) over which the Court concluded that it lacked personal jurisdiction in a Memorandum Order dated March 9, 2021 (docket entry no. 92)—requesting that the Court enter final judgment in favor of Bank of America pursuant to Federal Rule of Civil Procedure 54(b). Plaintiffs do not oppose the requested relief.

        Defendants Wells Fargo and Capital One are directed, after conferring with counsel for Plaintiffs, to file a joint letter by **December 21, 2021**, regarding whether they join the request for the entry of final judgment and seek entry of final judgment as against them. The letter shall also state whether Plaintiffs consent to any such request(s).

        SO ORDERED.

Dated: December 14, 2021                /s/ Laura Taylor Swain
      New York, New York             LAURA TAYLOR SWAIN
                                              Chief United States District Judge