UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

JOHN ANDERJASKA, CHUNGYAO CHEN,
TEENA COLEBROOK, JOEL GRIFFITH,
ART HEINEMAN, CALVIN WILLIAMS,
CHARLES WITTE, on behalf of themselves
and all others similarly situated,

                Plaintiffs,

  -v-                                       No.  1:19-CV-3057-LTS-GWG

BANK OF AMERICA, N.A., CAPITAL ONE,
N.A., CITIBANK, N.A., J.P. MORGAN
CHASE, N.A., WELLS FARGO BANK, N.A.,

                Defendants.

-------------------------------------------------------x

ORDER DIRECTING THE ENTRY OF FINAL JUDGMENT AS TO CERTAIN DEFENDANTS

        The Court has received and reviewed the motion filed by defendant Bank of America, N.A. (docket entry no. 103), and joined by defendants Wells Fargo Bank, N.A., and Capital One, N.A. (docket entry no. 107), requesting that the Court enter final judgment in favor of those defendants pursuant to Federal Rule of Civil Procedure 54(b).  Plaintiffs do not oppose the requested relief.

        The Court determines, for the reasons proffered by the parties (see docket entry nos. 104 & 107), and pursuant to Federal Rule of Civil Procedure 54(b), that there is no just reason for delay of the entry of judgment in favor of defendants Bank of America, N.A., Wells Fargo Bank, N.A., and Capital One, N.A.

Therefore, and for the reasons set forth in the Court's Memorandum Order dated March 9, 2021 (docket entry no. 92), the Court respectfully directs the Clerk of Court to enter final judgment in favor of defendants Bank of America, N.A., Wells Fargo Bank, N.A., and Capital One, N.A., only, pursuant to Federal Rule of Civil Procedure 54(b).

This Order resolves docket entry no. 103.

SO ORDERED.

Dated: December 29, 2021  
New York, New York

/s/ Laura Taylor Swain  
LAURA TAYLOR SWAIN  
Chief United States District Judge