**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
JOHN ANDERJASKA, CHUNGYAO CHEN,
TEENA COLEBROOK, JOEL GRIFFITH,
ART HEINEMAN, CALVIN WILLIAMS,
CHARLES WITTE, on behalf of themselves
and all others similarly situated,

                    Plaintiffs,

       -against-

BANK OF AMERICA, N.A., CAPITAL ONE,
N.A., CITIBANK, N.A., J.P. MORGAN
CHASE, N.A., WELLS FARGO BANK, N.A.,

                    Defendants.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/29/2021

19 **CIVIL** 3057 (LTS)(GWG)

**RULE 54(b) JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated December 29, 2021, final judgment is entered in favor of

defendants Bank of America, N.A., Wells Fargo Bank, N.A., and Capital One, N.A., only, pursuant

to Federal Rule of Civil Procedure 54(b). The Court finds, pursuant to Rule 54(b) of the Federal

Rules of Civil Procedure, that there is no just reason for delay, and final judgment is hereby entered.

**Dated:** New York, New York
      December 29, 2021

                         **RUBY J. KRAJICK**

                              **Clerk of Court**
        **BY:**
                              **Deputy Clerk**